IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 01-51276
_____


ETTA J HURD

                         Plaintiff - Appellant

    v.

NORTHSIDE INDEPENDENT SCHOOL DISTRICT

                         Defendant - Appellee

_____

Appeal from the United States District Court
for the Western District of Texas
No. SA-00-CV-1436
_____
October 15, 2002

Before KING, Chief Judge, and JONES and EMILIO M. GARZA, Circuit
Judges.

PER CURIAM:[*]

    The judgment of the district court is AFFIRMED for

essentially the reasons given by the district court.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR. R.
47.5.4.